# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00927-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 4) |

Plaintiff Teresa Martinez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review of Plaintiff's application, she indicated that she relied on her partner for full financial support, and that her partner pays all of her expenses. (ECF No. 2.) The Court was unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action without additional information. On July 9, 2019, an order was filed requiring Plaintiff to file a long form application to proceed without prepayment of fees. (ECF No. 3.) On July 15, 2019, Plaintiff filed a long form application to proceed without prepayment of fees. (ECF No. 4.)

In her current application, Plaintiff indicated that she has no spouse and provided only

1

information on her income. However, Plaintiff did not include the amount of support that she is receiving from her partner each month. Therefore, the Court finds that Plaintiff's application does not accurately reflect her financial situation and the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full. Plaintiff is advised that although she may not be married, she has represented that all her expenses are being taken care of by her partner and therefore, the funds that she has access to for her expenses are relevant to any determination of whether she is entitled to proceed in this action without prepayment of fees.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **July 16, 2019**

_____
UNITED STATES MAGISTRATE JUDGE