# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00927-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 2, 4) |

Plaintiff Teresa Martinez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915 which the Court found was not adequately completed to determine if she was entitled to proceed without prepayment of fees. (ECF Nos. 2, 3.) Plaintiff filed a second application on July 15, 2019, which the Court again found did not provide adequate information to determine if she was entitled to proceed without prepayment of fees. (ECF Nos. 4, 5.) Plaintiff was ordered to file a long form application or pay the filing fee in this action. (ECF No. 5.) On July 30, 2019, Plaintiff paid the filing fee.

/ / /

/ / /

1

Accordingly, Plaintiff's applications to proceed in forma pauperis in this action are HEREBY DENIED AS MOOT, and the Clerk of the Court is DIRECTED to issue the summons and new case documents in this action.

IT IS SO ORDERED.

Dated: **July 31, 2019**

UNITED STATES MAGISTRATE JUDGE