# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00927-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

Plaintiff Teresa Martinez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's letter brief is due on or before January 26, 2020; and
2. Within thirty-five (35) days after service of Plaintiff's letter brief, Defendant shall serve a response.

IT IS SO ORDERED.

Dated: **December 27, 2019**

UNITED STATES MAGISTRATE JUDGE

1