# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LYNN MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00927-SAB<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before April 1, 2020;

2. Defendant shall file a responsive pleading on or before May 1, 2020; and

3. Plaintiff's reply, if any, shall be filed on or before May 18, 2020.

IT IS SO ORDERED.

Dated: **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE