# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LYNN MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00927-SAB<br><br>ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 20) |

Pursuant to the stipulation of the parties, the second extension of time for Plaintiff to file an opening brief is GRANTED. The scheduling order is HEREBY AMENDED as follows.

1. Plaintiff's opening brief shall be filed on or before May 1, 2020;
2. Defendant's opposition to Plaintiff's opening brief shall be filed on or before June 1, 2020; and
3. Plaintiff's reply, if any, shall be filed on or before June 16, 2020.

IT IS SO ORDERED.

Dated: __March 30, 2020__

UNITED STATES MAGISTRATE JUDGE

1