# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TERESA LYNN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00927-AWI<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 28) |

On June 5, 2020, an order issued granting Teresa Lynn Martinez's ("Plaintiff") appeal of the final decision denying her Social Security benefits and judgment was entered in favor of Plaintiff. On August 25, 2020, a stipulation for the award of attorney fees under the under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of eight thousand dollars and 00/100 ($8,000.00), in EAJA attorney fees as authorized by 28 U.S.C. § 2412 and four hundred

1  dollars ($400.00), in costs as authorized by 28 U.S.C. § 1920 subject to the terms of the
2  stipulation.

IT IS SO ORDERED.

Dated:   **August 25, 2020**

UNITED STATES MAGISTRATE JUDGE